# AIR FORCE TRIAL CALENDAR FOR JANUARY 04, 2006

**UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI**

ORIGINAL  Page 1

| T- | Name | CR Num | CNT | Cit #/Viol Dt | Violation | | Disposition | Fine | SA |
|---|---|---|---|---|---|---|---|---|---|
| 1) | KENNEDY, BISHOP T. | CR 05-00524 | | R0098982 H41 08/17/2005 | HRS 286-102 NO LICENSE | Def't present Arm X Arm Wvd Plea NG ___ NJT ___ Plea Guilty/Adj Guilty X | TE-NHH-PCI Amended to Driving w/ Suspended License Donna Gray | 500 | 5 |

CONT AS TRIAL MATTER FROM 12/7/05 A & P
HRS 286-132 Atty: MICHAEL WEIGHT, AFPD

| 2) | LEFITI, FALEAO M. | CR 05-00528 | | R0099214 H41 06/29/2005 | HRS 286-132 DRIVING W/SUSPENDED LICENSE | Def't present: Arm X Arm Wvd Plea NG ___ NJT ___ Plea Guilty/Adj Guilty X | TE- Cef Donna Gray Que in 30 days 90 days adde 4/5/06 | 175 | 5 |

CONT AS TRIAL MATTER FROM 12/7/05 A & P
Atty: MICHAEL WEIGHT, AFPD

| 3) | GUY, SHERMAN JR. | CR 05-00213 | | R0124798 H40 04/17/2005 | DUI | PROOF OF COMPLIANCE Plea NG ___ NJT ___ Plea Guilty/Adj Guilty | POC Cont to 2/1/06 NHH-PCI | | |

CONT AS TRIAL MATTER FROM 6/1/05 A & P; HRS AAEA; 90 DAYS LICENSE SUSPENSION TO RUN CONCURRENT W/ 90 DAY ADMIN LIC SUSP THAT BEGAN ON 5/18/05; FINE: $150.00, SA: $5.00, CONT FROM 7/6/05 TRIALS FOR POC

Atty: DONNA GRAY, AFPD

Dated: 01/04/2006

at ___ o'clock and ___ min. ___M

APPROVED AND SO ORDERED
Magistrate Judge LESLIE E. KOBAYASHI

APPROVED
SAUSA CAPT. ALEXANDRA O'HANLON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN - 4 2006
SUE BEITIA, CLERK